Page 1 of 23

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Aug 25, 2026
SEAN F. McAVOY, CLERK

Donald Carlos Seoane FKA Donny Long
VS Donald Trump, Keith E. Neely, Kash Patel, case:
Governor of Florida Ron Desantis, First Lady Casey Desantis, Florida Attorney General James Uthmeier, Exhead Osceola County Sheriff Marcos R. Lopez, Speaker of The Florida House of Representatives Daniel Perez, State of Florida House Represenative Robert Alexander "Alex" Andrade, Federal Police Officer Noel Arron Margis, Stacey Pectol, Nantita Seoane AKA Pornstar Heather Deep AKA Heather Deepthroat AKA Queen of Throatpies, Laura Rivera, Cynthia Rivera, James B. Kenney, Valentina Vargas Rosso, Holly Dorman,

GOVERNOR CANDIDATE POLITICAL PRISONER EXPORNSTAR DAD DONNY LONG SUES GOVERNOR RON DESANTIS AND....

By: Donald Carlos Seoane
Text me through Smartinmate.com
Or Video Call ICsolutions.com
Mail TO: Donald Carlos Seoane ID:1277492
402 Simpson Rd.
Kissimmee, FL 34744

Nantita ~~Seoane~~ Khongsasri, Joseph M. Finick, Ashlie Harmon, J. Gibson, S. Garcia, S. Pearsall, Chris Schell, Stephanie Vargas, ~~[illegible]~~ Luis Dias-Soto, et al.,

# JURISDICTION

Dear Honorable Judge,

Several of the defendants as well as yourself took a sworn oath of office to support, protect and defen the Constitution and Government of the United States and discharge the duties of (His or Her) office with fedelity. This nation was founded on the "Self-evident truths" that all men are created equal, that they are endowed by their creator with certain unalienable Rights, (and) that among these are life, Liberty and the pursuit of happiness, Declaration of Independence, at 2 (1776). Our Constitution embodies these truths, in a limited government of enumerated powers in its system of checks and balances separating the executive, legislativ and Judicial branches and in it's guarantee that neither citizen nor alien be "deprived of life, liberty, or property, without due process of law" U.S. Const. amend Vi see Plyer V. Doe, 457 U.S. 202, 210-12 (1982)

When a person specifically a Judge commits violations of Oath of office they also commit a sworn of other felonys like felony "Official Misconduc "Treason", "Conspiracy", "Racketeering" and many more. According to "Arden M. Merckle V state of Florida

Case #529 So. 2d269" in a supreme court case, "When a Judge violates his oath of office and compromies his position of trust, his act is far more egregious than that of any other public servant".

Political speech is at the core of what the first amendment is designed to protect "Virgina V. Black, 538 US 343, 365 (2003). That includes the right to be free from retaliation for the exercise of our first amendment rights "Mahdawi V. Trump, 2:25-CV-389. Without our right to free speech, protest and petition the government, we have no Democracy bbb

My story is completely insane what so many highly dishonest people have done to my family and I as well as my four kids. What has been done to my family and I is quite possibly the most heart wrenchin madness you will ever hear of. My four children don't deserve this and it's saddening the lengths so many dishonest officials have gone to cover everything up. Let me take a moment to express how much of a joy it was to be a full time Dad to my four childrens lives. You couldnt imagine what it was like for me everyday and the joy I experianced, but now I am continually being thrown around like a hot potato

through the justice system because noone seems to want to let my last final case go to trial because they know I will be proven innocent for the fourteenth time now. For years now I have not been actively in my childrens lives because of this as you will read. I also was never given a chance to have a bond which would have allowed me in some capacity to at least be in their lives. Now rather it seems and feels to many as if I am being held hostage unfairly in some attempt only in keeping me quiet. As you read more you will come to understand just how fed up I am now after three years falsely imprisoned pending a trial they have refused to let happen for three years now so now I will no longer stay quiet. The reason I refuse to be quiet anymore is my children. If you see a Youtube channel called "Shareusfam" you will see our previous close to perfect happy life. Each day that passes is a day that I don't get to be a loving father and impact their lives and for three years now they have been fatherless. It is my hopes that you understand my desires. It's never so much us that suffers.... it's always the children and thats not fair to them wouldn't you say?!¡

Ron Desantis has personally signed executive orders into my criminal cases in Osceola County forcing

his corrupt dishonest Judges like Michelle Pincket and prosecutors like Monica Smith both out of Polk County in a whole seperate district. They have both not only compulsively lied and committed countless felonies against me but broke countless laws having a pretrial detention hearing without a change in circumstances as Florida law would require, then everyone lied and allowed no evidence and pure hearsay and lies testify and THEN Judge Pincket said because computers where available all over the world I was a danger which is not only absurd but illegal to pretrial detain me based off that and deny my right to a bond but thats what she did for her daddy Desantis that hired and appointed her as Judge and then signed executive orders placing her on my cases. We ended up disqualifying her 3 days into my last jury trial after she illegally put all old fat ugly women on my jury panel that testified during jury selection they couldnt judge me fairly for a number of reasons. That was on 10-30-24 and now since then we been trying to get to jury trial again but Desantis and his corrupt puppets wont let us. See we were reset for trial 2-10-25 again but Desantis minions filed a interlocatory appeal on the judges orders before trial and stopped the trial and froze the case two days before trial.

Their fraudulant appeal is not only full of blatant lies but they filed it to The Sixth District court of appeals in Ocala, Florida which Desantis created and appointed, all the judges and officials, so they have sat on the appeal now fifteen months while refusing to rule and refusing to give a date they will rule which is also violating Florida's FOIA ACT laws as I have mailed countless Freedom of Information ACT Demands. It's no coincidence that their head clerk Stacey Pectol and Administratio Judge Joshua Pratt were not only hired and appointe by Desantis but Judge Pratt was previously was Desantis Deputy General counsel. This is just the tip of the huge iceberg of this mess as you will read and they created it all.

So many people from Donald Trump down to every law enforcement agency you can think of from the FBI, DOJ, Homeland Security, FDLE and many more have completely ignored countless of my letters as well as even my lawyers cries for help or to take my criminal complaints.

Desantis has had countless dishonest Florida official commit felony records tampering against me to shut me up including censoring, altering and then deleting all

my court filings into exelected and ousted exhead sheriff Marcos R. Lopez of Osceola county (that raided my housing taking 70 electronic devices and drummed up all these false arrest for Desantis) cases where he has now been criminally charged for 29 charges of his corruption in Lake County.

I am a victim/witness being held hostage and my life is also in grave danger and I'm begging you for your help for me and my kids which are also STILL being abused by Nantita Sedane and Noel Arron Marquis and his kids. I'm begging you to uphold your Oath and help us restore our constitutional rights as you took a Oath to do even if its just ordering the FBI to finally respond to me and or my lawyers and finally start a proper investigation, into all these corrupt criminal's crimes and perjury and all they have done to me and my family. Racist Black Supremacist Corrupt Oath violating Chief of The Osceola County Florida Jail Keith E. Neely and his terrorist Gang here are now trying to murder me therefore I need your help ASAP!!! They also just cut off my access to copies and materials to do my legal filings.

## FACTS AND BACKGROUND

. Florida's two term Governor Ron Desantis is the literal legal definition of a pedophile terrorist, child abusing corrupt criminal and theif not just for hiding the sexual abuse of my children and terrorizing my family and I but him refusing to have detective Justin Akins and Judge Holly Marie Newman Derenthal investigated and arrested for all their felony perjury on sworn affidavits and in sworn depositions and under oath in the courtroom that has caused all my current false arrest and false imprisonment for three years now as well as Anna Lane Derenthal and Michael Derenthal's crimes and perjury that also caused four other false charges we also beat. Desantis has also conspired and discriminated against not only the porn industry, Free Speech, Freedom of expression, our constitutional rights by banning in Florida many of the biggest porn websites in the world but first against my family and my parental and civil rights of my four children because I'm a retired straight male Pornstar that they discriminated against. Ron Desantis and his wife Casey Desantis have committed countless felonies as well as violated their oath of office against my four kids, my neighbors, friends, myself and my cases and many others refusing to help

and instead signing executive orders into my cases and trying to silence me. The corrupt control they have over so many law enforcement agencies, Judge other government agencies and people from Donald Trump down is completely disgusting and unreal and my story proves it. My book I'm about to release with my whole story is going to shock the world. Since 2022 they have drummed up now in total seven false arrest and fourteen false charges all in an attempt to silence the truth from coming out about their crimes as well as the sexual abuse of my children of my at the time four year old daughter and five year son by Pornstar Prostitute Nantita Seoane and her Onlyfans Pornfan Prostitution client John federal Police Officer for "CBP" Customs and Border Patrol and Homeland Security Noel Arron Marquis as well as his three kids Christine Marquis, Farona Marquis and Zachary Marquis. They have conspired with countless highly corrupt individuals including but not limited to Osceola County head sheriff Marcos R. Lopez and Osceola County detective Justin Akins to hold me hostage with no bond as a political prisoner in jail for over two years now, almost three while not allowing me to get to a jury trial after I sued them all and 27 other corrupt officials in Florida's Middle District Court in 2022 before my false arrest in a case

called "Donald Carlos Seoane VS Holly Derenthal" or "Seoane vs Derenthal", made three criminal complaints against them all and was running for Florida's Governor while calling for all their arrest. They also did this to silence me and get me off the internet after I was exposing their crimes all over social media and news media.

2. Ron Desantis lets his dishonest theiving Pedophile Terrorist wife Casey Desantis run things and they conspire together and with several others they control to attack and take away the rights of men like me and others they want to silence along with their dishonest connections with DCF.

3. I'm filing this lawsuit in your district in the interest of justice in Osceola County Florida because of the corrupt control The Desantis and Uthmeier crimes families have in our area. See the Desantis's have not only been using Casey Desantis research funding scams and other scam fraud Nonprofits like "Hope Florida" and others for stealing and money laundering tax payer funds by the tens of millions of dollars" but they also use their own children, Madison Desantis, Mason Desantis, Mamie Desantis as well as countless highly corrupt criminals and their families and Kids

that they appoint as their corrupt puppets to positions of power like Ex Chief of Staff James Uthmeier now appointed to Florida Attorney General, Ex Florida Attorney General Ashley Moody, now Senator, Sheriff Marcos R. Lopez, Sheriff Christofer A. Blackmon, Sixth District Court of Appeals head Clerk Stacey Pectol, Chief Judge Dan Traver, Administration Judge Joshua Pratt, countless other appointed Judges and MANY MANY MORE. See Exhibit A of a news article about the Desantis crime family and Desantis chief of staff now attorney general James Uthmeier being caught stealing tens of millions of dollars so then Desantis appointed James Uthmeier to Florida's attorney General to protect all their personages from being criminally charged or prosecuted. Then the following day after the news story broke about Speaker of the Florida house of Representatives Daniel Perez and state house Representatives Robert Alexander "Alex" Andrade calling for the arrest of Ron and Casey Desantis and their partner in crime James Uthmeier all of a sudden Daniel and Alex came out saying they will not do any further investigation into the matter. Sure sounds like they were paid off and to prove it they both have completely ignored several countless of my letters including FOIA request as well as crys for help about what all these

dishonest officials have done to my kids and I, like The Desantis crime family have done and many more.

4. The Desantis crime family have corrupted the Florida's Courts, Judges and Judicial system so bad that the federal government, FBI, Homeland Security, Supreme Courts and many more have had to step in countless times. Aside from them having to step in so has The Florida Judicial Qualifications Commission having to repremand Judges like John Beamer in Osceola County. Homeland Security just arrested Ron Desantis good personal friend and partner in crime Exhead Sheriff Marcos R. Lopez and charged him with 29 charges of Racketeering for running illegal underground casino's but have yet to charge him for or even investigate or take my sworn criminal complaints about his drug trafficking, Murders and much more I Know about as well as everything he did to me and my family and The Desantis crime families involvement. After Sheriff Lopez arrest I sent several filings into his criminal case in Lake County Florida including a motion to Intervene and Desantis and Uthmeier had The Head Lake County Clerk Gary J. Cooney delete and hide all my filings into Lopez criminal case: 25CF00 1479A and then I mailed the Motions to all fourteen Judges in Lake County, so then as the Judges

started to refile them, Desantis, Uthmeier and Cooney deleted them all and instructed all the Judges not to keep filing them which they listened while committing felony violation of Oath of office. I then filed a Nonparty Writ to the appeals courts into Lopez case they also deleted so then I filed one to The Florida supreme court they also censored and altered and threw out. Some were against Marcos Lopez and Ron Desantis but they again committed countless felonies not only falsifing documents with my name attached but filed some into my bogus crimin[al] charges instead of Lopez case in another whole county and The supreme court of Florida removed Desantis and Lopez names calling it "Donald Seoane vs Lake county clerk" not even using Gary J. Cooney's name and then Gary J. Cooney forged and created a case with my name on it calling it "Donald Seoane vs Unknown Law enforcement agency". It's completely insane the level of corrupt control Desantis and Uthmeier have in Florida and how they have total disregaurd for any laws or constitutional rights. See Exhibit B for Lopez and his wifes arrest plastered all over the news. See Exhibit C for emails to and from Desantis corrupt puppets proving even more of their crimes against me to shut me up and stop the truth from coming out.

5. My Story is long and completely insane because of the lengths all these corrupt criminals have went to hide the sexual abuse of my kids by federal police officer Noel Arron Marquis and shut me up about it, therefore I am attaching in Exhibit D two motions my lawyer filed detailing the sexual abuse now proven in my children's child forenic video interviews that all these corrupt criminals in Florida from Desantis crime family down are STILL doing everything they can short of murdering me to hide and coverup the abuse that is on going by Nanfita Seoane and Noel Arron Marquis as well as Christine Marquis, Farona Marquis and Zachary Marquis that are now living with my Kids in Groveland, Florida which is also in Lake County. I also have a whole book that's titled "My Sworn Statement" that's going to be released and attached at some point. Also now see Exhibit E of some of the crazy story from another Motion I filed. The Desantis and Uthmeier crime families have done everything short of murdering me to hide all this from public view.

6. Grecita G. M. was the wife of Noel Arron Marquis for about 20 years and had three children with him. She caught him cheating on her with my wife, Pornstar prostitute Nanfita Seoane aka Heather

Deep aka Heather Deepthroat aka Queen of Throatpies and then she filed for divorce against Noel. I hired the same Lawfirm she hired "Daniel Archer" and they tried to get her to team up with us against Noel in the courts and file injunctions with us and be witnesses for each other in each others cases but she said she was terrified of Noel and that he has threatened to kill her and all the children and himself. She also said he threw her out of the family home to bring Nantita in and my Kids AND turned her own Kids against her and had them threaten to disown her if she went against their dad Noel. This has caused my Kids to stay in all the abuse with Noel Marquis and Nantita as well as everything to escalate to where it is today. Update: She was subpeoned to testify in the fraudulant DCF cases drummed up against me and she cried spilling the beans on the witness stand telling how abusive Noel was to her and the Kids and how he even had assaulted her and left her injuries but meanwhile everyone STILL refuses to remove my Kids from the abuse and keeps doubling down covering it up while trying to keep me quiet in jail.

7. Countless people in government have ignored my countless letters, criminal complaints, and or "FOIA" Freedom of Information Act letter demands

and violated my Due Process and constitutional rights by refusing to help me and my kids or assist in me finally getting a criminal investigation started against all the criminals in government that have done all this to me and my kids. I will be filing seperate lawsuits against all of them very soon. See Exhibit F for just a small bit of the criminal complaints everyone has swept under the rug. Just some of the people include the following: Donald Trump, James David Vance, Pam Bondi, Todd Blanche, Hayden O'Byrne, Gregory W. Kehoe, Michael Spaven, Kash Patel, Brian Haas, Monica Smith, Monique Worell, Ashley Moody, Christopher Blackmon, Stephen Hoopes, Gary J. Cooney, Kristi Naem, Mary M. Ibrahim, Panagiota Papakos, FBI Orlando, US Marshal Service Tampa, Mike Joushson, Monalissa Young, Rick Scott, Byron Daniels, Erica Booth, Wyman Duggan, Randall Scott Maggard, Kaylee Tuck, Chase Tramont, Kimberly Berfield, Robert A. Brackett, David Borrero, Philip Wayne Griffitts Jr., Fentrice Driskell, Christine Hunschofsky, Kelly Skidmore, Michael Gottlieb, Marie Paule Woodson, Daryl Campbell, Lindsay Cross, Johanna Lopez, Felicia Robinson, Allison Tant, Blan Teagle, Colleen A Monroe, Mark Glass, Kerrie J. Stillman, James R. Baxley, Chad J. Monty, Cary Frank Rada, Larry Edward Metz, Hedi Davis, Carla R. Pepperman,

Jason J. Nimeth, Brian Jerome Welke, Emily Currington, Willard Pope, Michael G. Takac, Lawrence J. Semento, L.W. Charles Helm, Sara Jones, Barry Dimick, George Singeltary, Christine Arendas, Holly Derenthal, Christy C. Collins, Lisa T. Munyon, Michelle Pincket, Tina L. Caraballo, and more. Also Wendy Buffington and Countless in DCF.

3. The counts I am suing the nine listed defendants that have conspired to ruin my life, defame me, Bankrupt me, discredit me, falsely imprison me for over two years now pending trial all to silence me and more are counts as follows for Punitive, Compensatory, and Monetary damages in their personal individual Capacity: AND official for defendants that work for the government.

COUNTS

Violation of free speech first amendment, Violation of RICO ACT, Right to Petition, content and viewpoint discrimination, Malicious Prosecution, civil conspiracy to commit Malicious prosecution, Intentional infliction of emotional distress, Racial Discrimination, Conspiracy to violate civil Rights, Defamation, Tortious Interference, civil conspiracy, Retaliation, Invasion of privacy, Abuse of process, Tortious interference with business relationship, False Arrest, False Imprisonment, First Amendment Retaliation, Retaliation under title VII, Sex Discrimination under title VII, Gross Negligence, cruelty and unusual punishment, recklessness, and willful and wanton conduct, violations of Fourth and Fourteenth Amendment rights under 42 U.S.C. 1983, Breach of contract, Unreasonable search and seizure fourth Amendment, Fourteenth Amendment Due Process violation 1983, Coercive misuse of criminal process, civil conspiracy section 1985(3), Unfair and Deceptive Practices, civil Rights, Harrassment, constructive eviction, Retaliation in violation of the first Amendment, Fourth Amendment unlawful arrest claim Retaliatory or Discriminatory Arrest, Fourth Amendment wrongful Detention claim based on fabricated evidence, Deceit and witness Tampering, violation of procedural Due Process,

Malicious Abuse of process, Deprivation of equal protection in violation of the fifth Amendment 1983, Deprivation of equal protection in violation of the Fourteenth Amendment 1983, Fabrication of Evidence, Violation of Speedy trial Rights, Eighth amendment Retaliation Against a victim, Eighth Amendment Failure to Intervene, Eighth Amendment Deliberate indifference to saftey, Dereliction of duty.

1. Please see a Youtube channel called "Noelleaks" and see JUST some of the video evidence including the second video uploaded titled "Save My Children Full Movie" and then search DuckDuckgo.com for "Seoane VS Derenthal Criminal Complaint 3" and look at a 800 page downloadable document. Also search "Seoane VS Marquis" to see the 200 page lawsuit against Noel Marquis.

10. The Desantis family and their gang have drummed up now in total in osceola county courthouse through the sheriff Marcos R. Lopez Puerto Rican Cartel Gang Sheriffs office 7 false arrest and 14 false charges all of which have been beat by a Jury trial NOT GUILTY VERDICT, Nol Prosed or dropped right before trial but one single false and two false charges and then the state added a third bogus charge. They have canceled my Jury trial three

times now and over a year ago put a illegal indefinite "STAY" freeze order on my last case to stop my now four private paid lawyers from proving my innocence to a jury and walking out of here straight to the news media with all their dirty little corrupt names all over all this mess they created. I been held hostage with no bond as a political prisoner in my own country for THREE YEARS NOW since Nov 29, 2023 and I still have no court or trial date and my case remains frozen since Feb 2025.

The state has tried to extort me into their trap of a plea deal of time served and three years probation and a gag order not to talk about them and their crimes. They have offered me this three times now in the last two years and each time I have told them to shove their extortion plea deals where the sun doesnt shine. Then at my last jury trial after they got corrupt Judge Michelle Pincket to put all bias old fat women on my jury that hated me they asked my lawyers in the courtroom to ask me if there was any deal at all I would consider and I said yea put everyone in prison where they all belong and give me full custody of my kids with passports and i'll think about it. Mind you this was almost two years ago.

Nantita Seoane since I met her in a whore house in Pattaya Thailand about 12 years ago has always been good at opening her mouth and getting on her Knees to get whatever she wants and much like Stormy Daniels and most other famous Porn whores Nantita not only started to attrack federal police officers online like Noel but I'm almost positive she has given her world famous deep throating throatpies to Marcos R. Lopez and maybe even Ron Desantis to have them also keep doing this to me and favors for her. I mean seriously that's the only time she is not lying when her lips are moving and the only thing she is good at is putting pricks in her dirty mouth and nuts in her throat.

See in Exhibit C Stacey Pectol not answering my FOIA properly and the news story about admin Judge Joshua Pratt.

Therefore I pray the following:
1. Order each defendant to pay me 3 million dollars.
2. Order the 6th DCA and Stacey Pectol to answer my FOIA properly as to when the panel will rule.
3. Order the 6th DCA to rule within so many days.
4. A permanent injunction towards all defendants and Florida.
5. Any and all relief this court finds just.
6. My release and or a bond.

I swear under penalty of perjury all is true to the best of my knowledge and I provided a copy to all parties on this 8 Day of 6, 2026

See last page of 23 for certificate of service list.

# Certificate of Service

Ron Desantis
400 S. Monroe st
Tallahassee, FL 32399

Casey Desantis
400 S. Monroe St
Tallahasse, FL 32399

James Uthmeier
PL-01 The Capitol
Tallahassee, FL 32399-1050

Marcos R. Lopez
Lawyer: Mary M. Ibrahim
605 E. Robinson STE 350
Orlando, FL 32801-2042

Daniel Perez
FIU Mark Building
1550 SW 109th Av.
Miami, FL 33199

Robert Alexander "Alex" Andrade
STE 401B 226 S. Palafox Pl
Pensacola, FL 32502

Stacey Pectol
811 East Main st.
Lakeland, FL 33801

Noel Arron Marquis
405 Grassy Key way
Groveland, FL 34736

Nantita Seoane
405 Grassy Key Way
Groveland, FL 34736

Donald Seoane [signature]
ID: 127749a
402 Simpson Rd
Kissimmee, FL 34744

Exhibits will be mailed and added once I get a case number mailed back to me.